UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HUNTER, | No. 2:25-cv-0523 CSK P |
| Plaintiff, | |
| v. | ORDER |
| K. BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion to stay this case "until [he] see[s] what the court is going to do on [his] case, which [he is] down on an appeal."[1] (ECF No. 13 at 1.) Plaintiff's motion to stay is unsupported by specific facts or legal authorities demonstrating a need to stay this action. Plaintiff's amended complaint is pending the Court's screening, and if plaintiff needs additional time to comply with future deadlines in this case, he may file a motion for extension of time. Plaintiff's motion for stay is denied.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion for stay (ECF No. 13) is denied without prejudice.

---

[1] Plaintiff also filed a motion to stay in Hunter v. Reece, No. 2:24-cv-2513 SCR (E.D. Cal.) which was denied by the assigned magistrate judge. Reece, No. 2:24-cv-2513 SCR (ECF No. 15).

1

1  Dated:  October 17, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4  /1/hunt0523.sty.dn