UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN HUNTER,

Plaintiff,

v.

K. BEARD, et al.,

Defendants.

No. 2:25-cv-0523 DJC CSK P

ORDER

Plaintiff is a state prisoner proceeding pro se. Petitioner filed his second request for an extension of time to file objections to the June 5, 2026 findings and recommendations, and seeks an additional sixty days. Petitioner was previously granted a thirty day extension of time, and he fails to explain why he needs an additional sixty days, other than to state he needs assistance with filing his objections. Petitioner is granted an additional thirty days to file objections. No further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's second motion for an extension of time (ECF No. 19) is partially granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections. No further extensions of time will be granted.

Dated: September 2, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hunt0523.36sec