UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN D. HUNTER, Plaintiff, v. K. BEARD, et al., Defendants. | No. 2:25-cv-0523 DJC CSK P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 05, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff was granted extensions of time, and Plaintiff subsequently filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. While Plaintiff argues that the actions of Defendant

Beard were done in retaliation, he fails to identify any action of Plaintiff for which Defendant Beard was acting in retaliation. Accordingly, the Court concludes dismissal without leave to amend is still warranted.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are adopted in full.
2. This action is dismissed with prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/hunt0523.804